UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WHEELY USA, INC., MAYFAIR-NY LLC, and KENSINGTON-NY LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE CITY OF NEW YORK, <br><br> *Defendant*. | Case No. 1:26-cv-01057-CM <br><br> **NOTICE OF MOTION** <br> **FOR PRELIMINARY INJUNCTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated February 12, 2026; the Declaration of Alexander C. Drylewski, dated February 12, 2026, and the exhibits attached thereto; the Declaration of Anton Chirkunov, dated February 11, 2026, and the exhibits attached thereto; the Declaration of Neil Richards, dated February 11, 2026, and the exhibits attached thereto; and upon all prior papers and proceedings herein, Plaintiffs Wheely USA, Inc., Mayfair-NY LLC, and Kensington-NY LLC ("Plaintiffs"), through their undersigned counsel, will and hereby do respectfully move this Court, before the Honorable Colleen McMahon at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a time and date to be determined by the Court, for (1) an order for a preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure, to preserve the status quo by enjoining Defendant from enforcing 35 R.C.N.Y. § 59B-19 pending this Court's resolution of the merits of Plaintiffs' underlying claims, and (2) such other relief as this Court deems just and proper.

Dated: New York, New York
February 12, 2026

    */s/ Alexander C. Drylewski*
Alexander C. Drylewski
Lara A. Flath
Jacob G. Lefkowitz
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Alexander.Drylewski@skadden.com
Lara.Flath@skadden.com
Jacob.Lefkowitz@skadden.com

*Counsel for Plaintiffs Wheely USA, Inc.,
Mayfair-NY LLC, and Kensington-NY LLC*