UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

WHEELY USA, INC.,
MAYFAIR-NY LLC, and
KENSINGTON-NY LLC,

Plaintiffs,

- against -

THE CITY OF NEW YORK,

Defendants.

------------------------------------------------------------------------X

**DECLARATION IN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY AND PERMANENT INJUNCTION**

1:26-cv-01057-CM

ECF Case

**AMIT AGARWAL**, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1.      I am Chief Information Officer at the Taxi & Limousine Commission ("TLC"). TLC is the agency of defendant THE CITY OF NEW YORK ("Defendant" or "City") responsible for, *inter alia*, licensing and regulating the City's for-hire vehicles ("FHVs"). I have held this position since March 2019. In this position I manage the Information Technology division that maintains all TLC's software systems.

2.      Pursuant to Section 59B-19(a) of Title 35 of the Rules of the City of New York ("RCNY"), owners of For-Hire Bases (defined in 35 RCNY § 59B-03(g) as "[TLC]-licensed business for dispatching FHVs") are required to transmit to TLC trip records as required under 35 RCNY § 59B-19(a) (which include the date, the time, and the location of the passenger pickup and drop-off) for a month's trips no later than the last day of the following month. *See* 35 RCNY § 59B-13(a)(3)(i).

1

3.      For-Hire Base owners must submit trip data files in comma-separated value (or "csv") format. The trip data csv file can be submitted through a secured File Transfer Protocol ("FTP") client, or using the TLC Upload Portal (known as TLC Up). To upload a trip data csv file to TLC Up, the For-Hire Base owner must login to TLC Up using the For-Hire Base's TLC Application or License Number, the For-Hire Base's zip code, and the last five digits of the For-Hire Base's Social Security or Employer Identification Number.

4.      Once the trip data csv file is uploaded to TLC Up, or submitted to TLC via a secure FTP, it is stored in an encrypted database and cannot be downloaded by the For-Hire Base owner or by anyone who accesses the For-Hire Base's TLC Up account. Only authorized personnel at TLC, who must access such data to perform their duties, are able to view the uploaded file.

5.      Therefore, if an individual gains access to a For-Hire Base's TLC Up account by inputting the For-Hire Base's login information, at most this individual will see that trip data csv files have been uploaded, the titles of those files, and the date and time the trip data csv files were uploaded. The actual data uploaded is not visible to the user nor can the trip data csv file be downloaded from TLC Up.

Dated:      New York, New York
            March 19, 2026

                                        _____
                                        AMIT AGARWAL

2