UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

WHEELY USA, INC.,
MAYFAIR-NY LLC, and
KENSINGTON-NY LLC,

**DECLARATION IN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY AND PERMANENT INJUNCTION**

Plaintiffs,

- against -

THE CITY OF NEW YORK,

1:26-cv-01057-CM

Defendants.

ECF Case

----------------------------------------------------------------------X

Latifah Williams, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1.      I am New York State Freedom of Information Law ("FOIL") Officer at the Taxi & Limousine Commission ("TLC"). TLC is the agency of defendant THE CITY OF NEW YORK ("Defendant" or "City") responsible for, *inter alia*, licensing and regulating the City's for-hire vehicles ("FHVs"). I have held this position since November 2021. In this position I coordinate the agency's response to FOIL requests.

2.      Pursuant to Section 59B-19(a) of Title 35 of the Rules of the City of New York ("RCNY"), owners of For-Hire Bases (defined in 35 RCNY § 59B-03(g) as "[TLC]-licensed business for dispatching FHVs") are required to transmit to TLC trip records as required under 35 RCNY § 59B-19(a) (which include the date, the time, and the location of the passenger pickup and drop-off) for a month's trips no later than the last day of the following month. *See* 35 RCNY § 59B-13(a)(3)(i).

1

3.     As per TLC policy, when I respond to FOIL requests for data reported to TLC under 35 RCNY § 59B-19(a), I never provide the actual address, intersection, or coordinates that the Base sends to TLC. When I receive a FOIL request for data reported to TLC under 35 RCNY § 59B-19(a) I provide a list of the number of trips per day, which includes the FHV driver's TLC license number, the base the vehicle is affiliated with, and the vehicle's TLC license plate number, unless more detailed information is requested. If more detailed information is requested, I will also include the start time of each trip.

Dated:     New York, New York
          March 19, 2026

**LATIFAH WILLIAMS**

2