# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
212-735-2192
DIRECT FAX
917-777-2129
EMAIL ADDRESS
ALEXANDER.DRYLEWSKI@SKADDEN.COM

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/6/2026

April 1, 2026

OK, temporary seal
request granted.

*[signature]*

4/6/2026

**BY ECF**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl St., Room 2550
New York, NY 10007

RE:   *Wheely USA, Inc. et al v. The City of New York*
(S.D.N.Y. 1:26-cv-01057)

Dear Judge McMahon:

In connection with Plaintiffs' Reply Brief in further support of their Motion for a Permanent Injunction, Plaintiffs have attached a true and correct copy of a policy provided to Plaintiffs by the City during discovery. The City has designated the policy "Confidential" and not consented to its filing on the docket at this time. We respectfully request that the policy be placed under temporary seal to allow the City time to file a motion to seal, if any.

Respectfully submitted,

/s/ Alexander Drylewski