**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
WHEELY USA, INC., MAYFAIR-NY LLC, AND
KENSINGTON-NY LLC.,

                              Plaintiffs,                                 26 **CIVIL** 1057 (CM)

          -against-                                        **JUDGMENT**

THE CITY OF NEW YORK.,

                            Defendants.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 10, 2026, the Court concludes that Plaintiffs are not entitled to injunctive relief. Perez v. Hoblock, 248 F. Supp. 2d 189, 201 (S.D.N.Y. 2002), aff'd, 368 F.3d 166 (2d Cir. 2004). Accordingly, Plaintiffs' motion for preliminary and permanent declaratory and injunctive relief is DENIED. Because the Court has consolidated Plaintiffs' request for preliminary relief with a determination on the merits pursuant to Rule 65(a)(2), this ruling disposes of all causes of action asserted in Plaintiffs' complaint. The complaint is DISMISSED WITH PREJUDICE, and judgment is entered in favor of Defendant the City of New York on all claims; accordingly, the case is closed.

**Dated:** New York, New York

      April 13, 2026

                                          **TAMMI M. HELLWIG**

                                           **Clerk of Court**

**BY:**

                                           **Deputy Clerk**