UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WHEELY USA, INC.,
MAYFAIR-NY LLC, and
KENSINGTON-NY LLC,

                *Plaintiffs*,

          v.

THE CITY OF NEW YORK,

                *Defendant*.

1:26-cv-01057 (CM)

**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that Wheely USA, Inc., Mayfair-NY LLC, and Kensington-NY LLC ("Plaintiffs") in the above-captioned case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order (ECF No. 50) entered on the 10th day of April, 2026, and Judgment (ECF No. 51) entered on the 13th day of April, 2026, denying Plaintiffs' Motion for Preliminary Injunction and dismissing Plaintiffs' Complaint with prejudice. This appeal is taken from each and every part of the Opinion, Order and Judgment as a whole.

Dated: New York, New York
      April 13, 2026

Respectfully submitted,

*/s/ Alexander C. Drylewski*

Alexander C. Drylewski
Lara A. Flath
Jacob G. Lefkowitz
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Alexander.Drylewski@skadden.com
Lara.Flath@skadden.com
Jacob.Lefkowitz@skadden.com

*Counsel for Plaintiffs Wheely USA, Inc.,
Mayfair-NY LLC, and Kensington-NY
LLC*

2