1:26-cv-01057-CM

| USDC SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _4/23/2026_ |

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of April, two thousand twenty-six.

Before:          Sarah A. L. Merriam,
                      *Circuit Judge.*

_____

Wheely USA, Inc., Mayfair-NY LLC,
Kensington-NY LLC,

                Plaintiffs - Appellants,

    v.

The City of New York,

                Defendant - Appellee.

_____

**ORDER**

Docket No. 26-956

Appellants seek an injunction staying enforcement of 35 R.C.N.Y. § 59B-19 ("the Rules") as applied to them pending determination of this appeal. They also request an administrative stay of the Rules as to them until the Court decides this motion.

IT IS HEREBY ORDERED that the motion for an injunction pending appeal is REFERRED to a three-judge panel. The Court grants an administrative stay pending the review of this motion by a three-judge panel.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 04/23/2026